[No. 5963–1. Division One. January 22, 1979.]

GOLDEN HORSE FARMS, INC., ET AL, *Appellants,* v. ARTHUR SWANSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 53202, Marshall Forrest, J., entered September 8, 1977. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by James and Dore, JJ.

[No. 5996–1. Division One. January 22, 1979.]

RUTH C. FARRIS, *Respondent,* v. HARTNEY OAKES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 786887, Howard J. Thompson, J., entered September 29, 1977. *Reversed* by unpublished opinion per Ringold, J., concurred in by Williams and Dore, JJ.

[No. 6008–1. Division One. January 22, 1979.]

KISTLER MORTGAGE CORPORATION, *Respondent,* v. GENERAL INSURANCE COMPANY OF AMERICA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 818425, Bartlett Rummel, J. Pro Tem., entered September 23, 1977. *Reversed* by unpublished opinion per Williams, J., concurred in by James and Ringold, JJ.